No. 86–597. UNION GAS CO. *v.* PENNSYLVANIA. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the Superfund Amendments and Reauthorization Act of 1986, Pub. L. 99–499.

No. — — ——. RUPP ET AL. *v.* UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL 1439. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. A–411 (86–6012). LEAVITT *v.* UNITED STATES. C. A. 11th Cir. Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–591. IN RE DISBARMENT OF BURNS. Richard Gordon Burns, of Corte Madera, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on December 8, 1986 [*ante,* p. 1003], is hereby discharged. THE CHIEF JUSTICE and JUSTICE O'CONNOR took no part in the consideration or decision of this order.

No. D–595. IN RE DISBARMENT OF HARTMAN. It is ordered that Ronald L. Hartman of Encino, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–596. IN RE DISBARMENT OF KRAMER. It is ordered that Stuart R. Kramer, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.